IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, | : | |
| Relators/Plaintiffs, | : | CIVIL ACTION NO. 1:06-CV-0547-AT |
| v. | : | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | : | |
| Defendants. | : | |
| UNITED STATES OF AMERICA ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, | : | |
| Relators/Plaintiffs, | : | CIVIL ACTION NO. 1:12-CV-4020-AT |
| v. | : | |
| MORTGAGE INVESTORS CORPORATION, | : | |
| Defendant. | : | |

## **ORDER**

Before the Court are Mortgage Investors Corporation's ("MIC") twin motions to unseal [1:06-cv-547, Doc. 412; 1:12-cv-4020, Doc. 89]. On June 18, 2014, the Court authorized MIC's limited review of sealed documents in Case No. 1:06-cv-547. (Doc. 448.) Pursuant to the terms of the June 18, 2014 Order, MIC

provided the Court and the parties written notice (Doc. 458-1) that it seeks to unseal and obtain three documents which relate to the filing of Relators' Second Amended Complaint (Docs. 49, 53, 55), and Relators' Opposition to the United States' Application for Extension of Time Through September 30, 2011 to Consider Election to Intervene (Doc. 57). The purpose of MIC's request was to unseal material relevant to Relators' seal violation and the Court's consideration to impose sanctions.

The Court has reviewed the documents that MIC sought to obtain in its consideration of Relators' seal violation. Of those documents, only Relators' opposition to further extension of the seal (Doc. 57) was relevant to Relators' seal violations. As the Court considered this document in its sanctions analysis, this document should be part of the public record.[1] None of the other documents MIC requested unsealed are germane to the Relators' seal violations.

Accordingly, MIC's motions to unseal [1:06-cv-547, Doc. 412; 1:12-cv-4020, Doc. 89] are **GRANTED IN PART**. The Government is **DIRECTED** to file, within 10 days of the date of this order, an unsealed copy of Relators' Opposition to the United States' Application for Extension of Time Through September 30, 2011 to Consider Election to Intervene (Doc. 57) with any necessary redactions.

---

[1] In addition, the MIC represents that the United States is willing to consent to the unsealing of this document, with any necessary redactions and subject to the Court's Protective Orders.

It is so **ORDERED** this 5th day of January, 2015.

                                          _____
                                          **Amy Totenberg**
                                          **United States District Judge**