IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. VICTOR E. BIBBY and<br>BRIAN J. DONNELLY,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>1:06-cv-0547-AT |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. VICTOR E. BIBBY and<br>BRIAN J. DONNELLY,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>MORTGAGE INVESTORS<br>CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br><br>1:12-cv-4020-AT |

**UNITED STATES' NOTICE OF LODGING**

1

In accordance with the Court's January 5, 2015 Order (Doc. No. 120), which concerned Defendant MIC's Motions to Unseal (1:06-cv-547, Doc. 412; 1:12-cv-4020, Doc. 89), the United States presently files the instant Notice of Lodging, which includes as Exhibit 1 a copy of Relators' August 2, 2011 Opposition to the United States' Application for Extension of Time Through September 30, 2011 to Consider Election to Intervene.

Respectfully submitted,

SALLY QUILLIAN YATES
United States Attorney

/s/ Paris A. Wynn
PARIS A. WYNN
Assistant U.S. Attorney

600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30335
Telephone: (404) 581-6302
Facsimile: (404) 581-6181
E-mail: Paris.Wynn@usdoj.gov

Counsel for United States of America

## CERTIFICATE OF SERVICE

On January 7, 2015, the United States' Notice of Lodging was served upon the pertinent parties via EFC.


/s/ Paris A. Wynn
PARIS A. WYNN
Assistant U.S. Attorney