EXHIBIT 1

PLEASE RETURN CONFORMED COPY TO
Butler, Wooten & Fryhofer, LLP

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 2 2011

JAMES N. HATTEN, CLERK
By: _____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * | CIVIL ACTION FILE NO. |
| | * | 1:06-CV-0547-MHS |
| RELATORS /PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | * * * * * * * * * * * * * * * * * * * * * * * * * * | **FILED UNDER SEAL**<br><br>**PLAINTIFFS'/RELATORS' RESPONSE IN OPPOSITION TO THE UNITED STATES' APPLICATION FOR EXTENSION OF TIME THROUGH SEPTEMBER 30, 2011 TO CONSIDER ELECTION TO INTERVENE** |

NATIONAL CITY MORTGAGE, INC.,          *
f/k/a NATIONAL CITY MORTGAGE CO., *
which also did business as             *
COMMONWEALTH UNITED                    *
MORTGAGE CO.;                          *
JPMORGAN CHASE BANK n/k/a              *
JPMORGAN CHASE BANK,                   *
NATIONAL ASSOCIATION;                  *
FIRST TENNESSEE BANK                   *
NATIONAL ASSOCIATION (INC.),           *
which acquired and is a s/b/m with     *
FIRST HORIZON HOME LOAN                *
CORPORATION;                           *
IRWIN MORTGAGE CORPORATION;            *
SUNTRUST MORTGAGE, INC.;               *
NEW FREEDOM MORTGAGE                   *
CORPORATION n/k/a IFREEDOM             *
DIRECT CORPORATION;                    *
GMAC MORTGAGE CORPORATION              *
n/k/a GMAC MORTGAGE, LLC,              *
a subsidiary of GMAC INC., acquired by *
and n/k/a ALLY FINANCIAL INC.; and     *
CITIMORTGAGE, INC.                     *
                                       *
        DEFENDANTS.                    *


**PLAINTIFFS'/RELATORS' RESPONSE IN OPPOSITION TO
THE UNITED STATES' APPLICATION FOR EXTENSION OF TIME
THROUGH SEPTEMBER 30, 2011
<u>TO CONSIDER ELECTION TO INTERVENE</u>**


For the reasons explained below, Plaintiffs/Relators oppose the

Government's "Application for Extension of Time through September 30, 2011 to

Consider Election to Intervene."

2

This False Claims Act action was filed *more than five years ago* on March 8, 2006. Thus, the Government has been given approximately 1,739 additional days over and beyond the 60 days allotted by 31 U.S.C. § 3730(b)(2) to investigate this case and to decide whether to intervene. Relators and their counsel have cooperated fully with the Government and its counsel throughout the last five years. The Government has previously requested an extension *seventeen times* – without opposition by Relators. Most recently, Relators and their counsel acquiesced to the Government's latest request for an extension through August 1, 2011. At that time Relators' counsel told the Government's counsel that Relators would not consent to another extension past August 1, 2011. The Government has, through its counsel to Relators' counsel, made it unequivocally clear that the Government does not intend to intervene in this action at this time.

No good will be accomplished by further delay. Relators and their counsel are ready, willing, and able to prosecute this action, now. Given the passage of time, the need to preserve and develop evidence, and the enormous public interest at stake, the time for additional delay is over.

In False Claims Act cases the Government may, **for good cause shown**, move the court for extensions of the time that the case remains sealed beyond the initial 60 day sealing period. See 31 U.S.C. § 3730(b)(3). The Government must

3

substantiate any claims of "good cause" before an extension may be granted.  U.S.

ex rel. Costa v. Baker & Taylor, Inc., 955 F. Supp. 1188, 1190 (N.D. Cal. 1997)

("The 'good cause' requirement of the statute is . . . a substantive one, which the

Government can only satisfy by stating a convincing rationale for continuing the

seal.").  The Government has not disclosed any basis for a claim that "good cause"

exists justifying an eighteenth (18th) extension of the seal in this case.

Accordingly, Relators respectfully request a hearing before the Court, so that

counsel for the Relators and for the Government can both be heard – before any

additional extension is granted.

    Extensions are not automatic, particularly in cases where the Government

has sought multiple extensions.  See id. at 1191-92 (declining to grant an additional

extension where the case had already been under seal *for 18 months* and the

Government's interests were outweighed by the undesirability of delaying the qui

tam action further); U.S. ex rel. Woods v. North Arkansas Reg'l Med. Ctr., No. 03-

3086, 2006 WL 2583662, at *3-4 (W.D. Ark. Sept. 7, 2006) (noting that it had

granted *three* extensions of time and declining to allow more); U.S. ex rel. Dekort

v. Integrated Coast Guard Sys., 705 F. Supp. 2d 519, n.2 (N.D. Tex. 2010)

(declining further extensions *after 28 months*).

The instant action alleges that Defendant banks and mortgage lenders have defrauded the Veterans Administration and the U.S. taxpayers by adding illegal charges to refinanced home loans which are guaranteed by the U.S. Government. Every Government guaranty issued on a loan where such illegal charges were imposed is void as a matter of law. The Government has incurred and is incurring losses into the hundreds of millions of dollars, both as a result of defaults and foreclosures which cause the Government to pay lenders, including defendants, on such guarantees, and as a result of Government efforts to keep defaulted loans from going in to foreclosure. Many of those are loans as to which the guarantees are void. This hemorrhage of taxpayers' money ought to end. (*See* Relators' Second Amended Complaint by Restatement, filed June 23, 2011.)[1] The Government has been given ample time – 64 months and seventeen extensions – to investigate this case. Relators respectfully suggest that no "good cause" exists sufficient to warrant yet another extension.

For the foregoing reasons, Plaintiffs/Relators oppose the United States' Application for Extension of Time. Plaintiffs/Relators request that the Court deny the Government's Application and lift the seal so that this action may proceed.

---

[1] Relators' Second Amended Complaint did not change the substance of the claims in this action, so its filing does not create the need for additional time to investigate new or different allegations.

5

A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 2nd day of August, 2011.


BUTLER, WOOTEN &
FRYHOFER, LLP


BY: _James A. DiPolito_
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax

WILBANKS & BRIDGES, LLP


BY: _Marlan B. Wilbanks_ with express permission SAD
MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
  Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
  Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax


PHILLIPS & COHEN LLP


BY: _Mary Louise Cohen_ with express permission SAD
MARY LOUISE COHEN
  mlc@phillipsandcohen.com
  DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
  DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiffs

6

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*,<br>VICTOR E. BIBBY and BRIAN J.<br>DONNELLY,<br><br>    RELATORS /PLAINTIFFS,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL<br>ASSOCIATION (INC.), individually and<br>as s/b/m with WELLS FARGO<br>HOME MORTGAGE, INC.;<br>COUNTRYWIDE HOME LOANS, INC.,<br>COUNTRYWIDE HOME LOANS<br>SERVICING, LP n/k/a BAC HOME<br>LOANS SERVICING, LP;<br>BANK OF AMERICA CORPORATION;<br>JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION, which<br>acquired and is a s/b/m with<br>CHASE HOME FINANCE, LLC s/b/m<br>with CHASE MANHATTAN<br>MORTGAGE CORP.;<br>JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION, which<br>acquired and is a s/b/m with<br>WASHINGTON MUTUAL BANK f/k/a<br>WASHINGTON MUTUAL BANK, FA;<br>MORTGAGE INVESTORS<br>CORPORATION (OHIO);<br>PNC BANK, NATIONAL ASSOCIATION<br>s/b/m with NATIONAL CITY REAL<br>ESTATE SERVICES, LLC s/b/m with | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION FILE NO.**<br><br>**1:06-CV-0547-MHS**<br><br><br><br><br>**FILED UNDER SEAL**<br><br><br>**ORDER** |

NATIONAL CITY MORTGAGE, INC.,        *
f/k/a NATIONAL CITY MORTGAGE CO., *
which also did business as                          *
COMMONWEALTH UNITED                     *
MORTGAGE CO.;                                           *
JPMORGAN CHASE BANK n/k/a             *
JPMORGAN CHASE BANK,                       *
NATIONAL ASSOCIATION;                       *
FIRST TENNESSEE BANK                         *
NATIONAL ASSOCIATION (INC.),           *
which acquired and is a s/b/m with           *
FIRST HORIZON HOME LOAN                   *
CORPORATION;                                           *
IRWIN MORTGAGE CORPORATION;       *
SUNTRUST MORTGAGE, INC.;                 *
NEW FREEDOM MORTGAGE                     *
CORPORATION n/k/a IFREEDOM           *
DIRECT CORPORATION;                          *
GMAC MORTGAGE CORPORATION          *
n/k/a GMAC MORTGAGE, LLC,                 *
a subsidiary of GMAC INC., acquired by   *
and n/k/a ALLY FINANCIAL INC.; and     *
CITIMORTGAGE, INC.                              *
                                                                  *
          DEFENDANTS.                                 *


## ORDER

Having considered the filings submitted by the United States and the

Relators, the United States' Ex Parte Application Opposed by Relators for

Extension of Time Through September 30, 2011 to Consider Election to Intervene

is DENIED.

2

IT IS ORDERED that,

1.      The complaint be unsealed and served upon the defendants by the relators;

2.      The seal be lifted as to all other matters occurring in this action after the date of this Order;

3.      The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4.      The parties shall serve all notices of appeal upon the United States;

5.      All orders of this Court shall be sent to the United States; and that

6.      Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of _____, 2011.


_____
THE HONORABLE MARVIN H. SHOOB
SENIOR UNITED STATES DISTRICT JUDGE

3

Submitted by:

JAMES E. BUTLER, JR.
   Georgia Bar No. 099625
LEIGH MARTIN MAY
   Georgia Bar No. 473389
BRANDON L. PEAK
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  Georgia Bar No. 203011
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA 0324
(404) 321-1700
(404) 321-1713 Fax
jim@butlerwooten.com
leigh@butlerwooten.com
brandon@butlerwooten.com
samantha@butlerwooten.com

MARLAN B. WILBANKS
   Georgia Bar No. 758223
TY M. BRIDGES
   Georgia Bar No. 081500
Wilbanks & Bridges, LLP
3414 Peachtree Street, N.E.
Suite 1075
Atlanta, GA  30326
(404) 842-1075
(404) 842-0559 Fax
mbw@Wilbanks-Bridgeslaw.com
tmb@Wilbanks-Bridgeslaw.com

MARY LOUISE COHEN
   DC Bar No. 298299
TIMOTHY McCORMACK
   DC Bar No. 493692
Phillips & Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, DC  20036
(202) 833-4567
(202) 833-1815 Fax
mlc@phillipsandcohen.com
tmccormack@phillipsand
      cohen.co

Attorneys for Relators/Plaintiffs

4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record with a copy of PLAINTIFFS'/RELATORS' RESPONSE IN OPPOSITION TO THE GOVERNMENT'S APPLICATION FOR EXTENSION OF TIME THROUGH SEPTEMBER 30, 2011 TO CONSIDER ELECTION TO INTERVENE by depositing it in the United States Mail with adequate postage affixed thereon and addressed as follows

> Daniel A. Caldwell
> Assistant U.S. Attorney
> 600 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, GA  30303

This 2nd day of August, 2011.

> *Samantha A. DiPolito*
> JAMES E. BUTLER, JR.
>   Georgia Bar No. 099625
> LEIGH MARTIN MAY
>   Georgia Bar No. 473389
> BRANDON L. PEAK
>   Georgia Bar No. 141605
> SAMANTHA A. DiPOLITO
>   Georgia Bar No. 203011

Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax

THIS DOCUMENT HAS NOT BEEN SERVED UPON THE
DEFENDANTS BECAUSE THIS CASE REMAINS UNDER SEAL.