**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * | CIVIL ACTION FILE NO. |
| | * | 1:12-CV-04020-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WILLIAM L. "Bill" EDWARDS, Individually and WILLIAM L. "BILL" EDWARDS as Trustee of the William L. Edwards Revocable Trust, and MORTGAGE INVESTORS CORPORATION, | * | |
| | * | |
| DEFENDANTS. | * | |

**MOTION FOR LEAVE TO FILE UNDER SEAL RELATORS' MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S 8/12/2016 ORDER ON BILL EDWARDS' MOTION TO DISMISS (DOC. 486) AND REQUEST FOR EXPEDITED BRIEFING**

Relators hereby move the Court for leave to file under seal Relators' Motion for Partial Reconsideration of the Court's 8/12/2016 Order on Bill Edwards' Motion to Dismiss (Doc. 486) and Request for Expedited Briefing. Relators' Motion discusses transfers made to Edwards and his wholly owned companies

during 2012 and 2013 and includes dollar amounts which Defendants insist should not be made public.

A proposed order sealing the referenced document is attached to this Motion.

-- *signatures appear on the following page* --

Respectfully submitted this 17th day of August, 2016.

BUTLER WOOTEN & PEAK LLP

BY: s/ Robert H. Snyder, Jr.
JAMES E. BUTLER, JR.
jim@butlerwooten.com
Georgia Bar No. 099625
BRANDON L. PEAK
brandon@butlerwooten.com
Georgia Bar No. 141605
JOSEPH M. COLWELL
joseph@butlerwooten.com
Georgia Bar No. 531527
ROBERT H. SNYDER, JR.
rob@butlerwooten.com
Georgia Bar No. 404522
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

WILBANKS & GOUINLOCK, LLP

BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
mbw@wilbanksgouinlock.com
Georgia Bar No. 758223
TY M. BRIDGES
tmb@wilbanksgouinloc.com
Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax

PHILLIPS & COHEN

BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
mlc@phillipsandcohen.com
DC Bar No. 298299
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiffs

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

s/ Robert H. Snyder, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
BRANDON L. PEAK
Georgia Bar No. 141605
JOSEPH M. COLWELL
Georgia Bar No. 531327
ROBERT H. SNYDER, JR.
Georgia Bar No. 404522
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax

**CERTIFICATE OF SERVICE**

This is to certify that on August 17, 2016, I electronically filed MOTION FOR LEAVE TO FILE UNDER SEAL RELATORS' MOTION FOR PARTIAL RECONSIDERATION with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matthew R. Rosenkoff
Raanon Gal
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339

Lesli C. Esposito
John D. Huh
Brian J. Boyle
Alvin Johnson, Jr.
Erin Keltz
DLA Piper
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

I certify I have served this document on the following via e-mail:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
*Alan.Gale@usdoj.gov*

*-and-*
Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
*Paris.Wynn@usdoj.gov*

This 17th day of August, 2016.

BY: s/ Robert H. Snyder, Jr.
JAMES E. BUTLER, JR.
Georgia Bar No. 099625
BRANDON L. PEAK
Georgia Bar No. 141605
JOSEPH M. COLWELL
Georgia Bar No. 531327
ROBERT H. SNYDER, JR.
Georgia Bar No. 404522
Butler Wooten & Peak LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax