# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>　　　　Relators,<br><br>　　　　v.<br><br>MORTGAGE INVESTORS CORPORATION,<br><br>　　　　Defendant. | **Civil Action No.:**<br>**1:12-cv-04020-AT** |

## CERTIFICATE OF SERVICE OF DISCOVERY

Defendant Mortgage Investors Corporation ("MIC"), by and through its undersigned counsel of record, hereby states that on August 17, 2016, counsel for Relators was served via email and regular mail, with a copy of the following discovery:

1.　　Mortgage Investors Corporation's Supplemental Response to Relators' First Requests For Production

| Dated: August 17, 2016 | **DLA PIPER LLP (US)** |
|---|---|

/s/ Lesli C. Esposito
Lesli C. Esposito (*pro hac vice*)
John D. Huh (*pro hac vice*)
Brian J. Boyle (*pro hac vice*)
Alvin Johnson (*pro hac vice*)
Erin Keltz (*pro hac vice*)
DLA Piper LLP (US)
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
lesli.esposito@dlapiper.com
john.huh@dlapiper.com
brian.boyle@dlapiper.com
alvin.johnson@dlapiper.com
erin.keltz@dlapiper.com

**TAYLOR ENGLISH DUMA LLP**

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mrosenkoff@taylorenglish.com

*Attorneys for Defendant*
*Mortgage Investors Corporation*

# LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of August, 2016, a copy of the foregoing was filed via CM/ECF and served upon counsel of record via electronic notification.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com