# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>    Relators,<br><br>    v.<br><br>MORTGAGE INVESTORS CORPORATION, and WILLIAM L. EDWARDS, individually,<br><br>    Defendants. | **Civil Action No.:**<br>**1:12-cv-04020-AT** |

## NOTICE OF FILING

Mortgage Investors Corporation ("MIC"), by and through the undersigned counsel of record, hereby files a copy of its February 23, 2017 correspondence to the Court, attached hereto as Exhibit A.

1

Dated:  February 23, 2017            Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Lesli C. Esposito*
Lesli C. Esposito (*pro hac vice*)
John D. Huh (*pro hac vice*)
Brian J. Boyle (*pro hac vice*)
Christian Van Buskirk (*pro hac vice*)
DLA Piper LLP (US)
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
lesli.esposito@dlapiper.com

**TAYLOR ENGLISH DUMA LLP**

*/s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
mrosenkoff@taylorenglish.com

*Attorneys for Mortgage Investors Corporation*

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

>   */s/ Matthew R. Rosenkoff*
>   Matthew R. Rosenkoff, Esq.
>   Georgia Bar No. 842117
>   1600 Parkwood Circle – Suite 400
>   Atlanta, Georgia 30339
>   Telephone: (770) 434-6868
>   Facsimile: (770) 434-7376
>   mrosenkoff@taylorenglish.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2017, a copy of the foregoing was filed via CM/ECF and served upon counsel of record via electronic notification.

>   */s/ Matthew R. Rosenkoff*
>   Matthew R. Rosenkoff, Esq.
>   Georgia Bar No. 842117
>   1600 Parkwood Circle – Suite 400
>   Atlanta, Georgia 30339
>   Telephone: (770) 434-6868
>   Facsimile: (770) 434-7376
>   mrosenkoff@taylorenglish.com