UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, et al, <br> Plaintiff(s), <br><br> vs. <br><br> MORTGAGE INVESTORS CORPORATION, et al, <br> Defendant(s). | CIVIL ACTION FILE <br><br> NO.  1:12-cv-04020-AT |

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 23rd day of March, 2021.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE